UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 08-50014 |
| Plaintiff, | \* | |
| vs. | \* | ORDER ON MOTION |
| MANUEL GARCIA, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant Manuel Garcia filed pro se a document entitled "Second Chance Act 2008." Doc. 16. Because Mr. Garcia is represented by counsel, all motions must be made through his lawyer. *See United States v. Stanko*, 491 F.3d 408, 411 fn. 2 (8th Cir. 2007); *United States v. Peck*, 161 F.3d 1171, 1174 fn. 2 (8th Cir. 1998). Accordingly, it is hereby

ORDERED that Defendant Motion for Relief Pursuant to Second Chance Act (Doc. 16) is DENIED.

Dated this 9th day of September, 2008.

BY THE COURT:

s/John E. Simko

_____
John E. Simko
United States Magistrate Judge